Alyssa A. Qualls (IL Bar No. 6292124)
Email: quallsa@sec.gov
Amy S. Cotter (IL Bar No. 6238157)
Email: cottera@sec.gov
Raven A. Winters (IL Bar No. 6291077)
Email: wintersr@sec.gov

Attorneys for Plaintiff
David Glockner, Regional Director
Robert J. Burson, Associate Regional Director
Amy S. Cotter, Assistant Regional Director
Alyssa A. Qualls, Regional Trial Counsel
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### Northern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID B. KAPLAN, ESQ., SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC, SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD., and MANNA INTERNATIONAL ENTERPRISES, INC.,<br><br>Defendants,<br><br>and<br><br>LISA M. KAPLAN, THE WATER-WALKING FOUNDATION, INC., and MANNA INVESTMENTS, LLC,<br><br>Relief Defendants. | Case No.  3:16-00270-MMD-VPC<br><br>**Honorable Miranda Du**<br><br>**ORDER GRANTING MOTION TO UNSEAL** |

Pursuant to Local Rule I.A.10-5(a), Plaintiff United States Securities and Exchange Commission ("Commission") moves the Court for an order unsealing the Complaint and other documents filed in this matter. The reasons supporting the Commission's motion are:

The Commission filed this action under seal on May 19, 2016, along with an *ex parte* emergency motion for a temporary restraining order, asset freeze, and other emergency relief in order to halt an ongoing fraudulent scheme and prevent further misappropriation and dissipation of investor funds. Following a hearing, this Court granted the motion on May 20, 2016. The Commission has now served the Court's order on the Defendant David B. Kaplan, Esq. and the financial institutions identified therein. Counsel for Defendant Kaplan has indicated that he will waive service of process and has received copies of the Complaint and other court papers. The Commission is in the process of serving the remaining Defendants and Relief Defendants.

For all of these reasons, the Commission respectfully requests the Court grant its motion to unseal on the Complaint and filings in this matter.

Respectfully submitted this 24th day of May, 2016.

U.S. Securities and Exchange Commission

*/s/ Alyssa A. Qualls*
Alyssa A. Qualls
Senior Trial Counsel

IT IS SO ORDERED:

_____
Honorable Miranda Du
United States District Judge

DATED: May 26, 2016

Case No. 3:13-cv-00270-MMD-VPC