Alyssa A. Qualls (IL Bar No. 6292124)
Email: quallsa@sec.gov
Amy S. Cotter (IL Bar No. 6238157)
Email: cottera@sec.gov
Raven A. Winters (IL Bar No. 6291077)
Email: wintersr@sec.gov

Attorneys for Plaintiff
David Glockner, Regional Director
Robert J. Burson, Associate Regional Director
Amy S. Cotter, Assistant Regional Director
Alyssa A. Qualls, Regional Trial Counsel
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### Northern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID B. KAPLAN, ESQ., SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC, SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD., and MANNA INTERNATIONAL ENTERPRISES, INC.,<br><br>Defendants,<br><br>and<br><br>LISA M. KAPLAN, THE WATER-WALKING FOUNDATION, INC., and MANNA INVESTMENTS, LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-00270-MMD-VPC<br><br>**Honorable Miranda Du**<br><br>**ORDER ON**<br>**PLAINTIFF SEC'S AGREED MOTION TO EXTEND THE COURT'S TEMPORARY RESTRAINING ORDER** |

Case No. 3:16-cv-00270-MMD-VPC

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully requests that – pursuant to Fed. R. Civ. P. 65(b)(2) – this Court extend the Temporary Restraining Order ("TRO") in this matter until June 17, 2016. Defendant David B. Kaplan, Esq. consents to the extension of the TRO for 14 days. Absent an extension, the TRO will lapse on June 3, 2016. In support of its motion, the SEC states as follows:

1. On May 19, 2016, the SEC filed a complaint in this matter, and an emergency motion seeking a temporary restraining order, asset freeze, and other emergency relief, along with a supporting declaration and memorandum of law.

2. On May 20, 2016, the Court entered the TRO against all Defendants. (Dkt. No. 14.) Among other relief, the TRO imposed an asset freeze on various accounts, which will expire on June 3, 2016.

3. The SEC has good cause to request an extension of the TRO, asset freeze and other relief entered on May 20. Counsel for Defendant Kaplan and the SEC are currently negotiating the terms of an agreed preliminary injunction in this matter. While those negotiations take place, Defendant Kaplan has agreed to extend the TRO, including the asset freeze, and other relief, for 14 days, until June 17, 2016.

4. Pursuant to Rule 65(b)(2), upon a showing of good cause, this Court has the authority to extend the TRO for "a like period" – in this case 14 days.

WHEREFORE, to maintain the *status quo* pending entry of an agreed preliminary injunction, the SEC respectfully requests that the Court extend the TRO, asset freeze, and other relief for 14 days – until June 17, 2016.

1  Respectfully submitted, this 26th day of May, 2016.

2                                             U.S. Securities and Exchange Commission

3                                             _/s/ Alyssa A. Qualls_
                                              Alyssa A. Qualls
4                                             Senior Trial Counsel

5
                                              IT IS SO ORDERED:
6

7                                             _____
                                              Honorable Miranda Du
8                                             United States District Court Judge

9                                             DATED: May 27, 2016

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28