UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:16-cv-00270-MMD-VPC |
| Plaintiff, | ORDER |
| v. | |
| DAVID B. KAPLAN, ESQ., SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC, SYNCHRONIZED ORGANIZATION SOLUTIONS INTERNATIONAL, LTD, and MANNA INTERNATIONAL ENTERPRISES, INC., | |
| Defendants, | |
| and | |
| LISA M. KAPLAN, THE WATER-WALKING FOUNDATION, INC., and MANNA INVESTMENTS, LLC, | |
| Relief Defendants. | |

In the hearing held this date, the Court directed David B. Kaplan to provide checks from OCBC Hong Kong and HSBC Bank to the Clerk's Office for safekeeping. Good cause appearing, it is ordered that the Clerk's Office is to take custody of the checks pending further order of the Court.

DATED THIS 31st day of January 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE