Alyssa A. Qualls (IL Bar No. 6292124)
Email:  quallsa@sec.gov
Amy S. Cotter (IL Bar No. 6238157)
Email:  cottera@sec.gov
Raven A. Winters (IL Bar No. 6291077)
Email:  wintersr@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
David Glockner, Regional Director
Robert J. Burson, Associate Regional Director
Amy S. Cotter, Assistant Regional Director
Alyssa A. Qualls, Regional Trial Counsel
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**Northern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:16-cv-00270-MMD-VPC |
| Plaintiff, | Honorable Miranda Du |
| vs. | **ORDER MODIFYING THE ASSET FREEZE** |
| DAVID B. KAPLAN, ESQ., SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC, SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD., and MANNA INTERNATIONAL ENTERPRISES, INC., | |
| Defendants, | |
| and | |
| LISA M. KAPLAN, THE WATER-WALKING FOUNDATION, INC., and MANNA INVESTMENTS, LLC, | |
| Relief Defendants. | |

This cause coming before the Court upon Defendant David B. Kaplan's Unopposed Motion For Modifying The Asset Freeze Order Permitting Defendant David Kaplan And/Or Relief Defendant Lisa Kaplan To Open A New Bank Account To Pay Household Living Expenses, the Court orders the following:

1. The Defendant David B. Kaplan's Unopposed Motion For Modifying The Asset Freeze Order Permitting Defendant David Kaplan And/Or Relief Defendant Lisa Kaplan To Open A New Bank Account To Pay Household Living Expenses SEC's Motion to Show Cause is hereby granted.

2. The Agreed Order of Preliminary Injunction and Other Relief As To Defendants and Relief Defendants (ECF No. 23) is hereby modified as follows:

   a. Defendant David B. Kaplan and/or Relief Defendant Lisa Kaplan may open one (1) new bank account to deposit employment income and pay household living expenses;

   b. Defendant Kaplan shall identify his prospective employer to the United States Securities and Exchange Commission ("SEC") by no later than five (5) days after the entry of this order;

   c. Defendant Kaplan shall notify the SEC of the bank and account number within five (5) days of establishing the account;

   d. The Defendant shall provide copies of the monthly account statements to the SEC via email no later than five (5) days after receiving the statements from the bank; and

   e. Defendant David Kaplan and Relief Defendant Lisa Kaplan are hereby prohibited from depositing any investor funds into the new bank account.

**SO ORDERED**:

Dated: March 9, 2017

The Honorable Miranda Du
United States District Judge