David B. Kaplan
1314-B Cave Rock Dr.
P.O. Box 1939
Zephyr Cove, NV 89448
(509) 263-4625
Email: Director@SOSforBiz.com

DAVID B. KAPLAN, IN PRO PER

☑ FILED         ☐ RECEIVED
☐ ENTERED       ☐ SERVED ON
         COUNSEL/PARTIES OF RECORD

Copy returned
FEB 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA,

NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID B. KAPLAN, ESQ., SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC, SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD. and MANNA INTERNATIONAL ENTERPRISES, INC.,<br><br>　　　　　Defendants,<br><br>and<br><br>LISA M. KAPLAN, THE WATER-WALKING FOUNDATION, INC. and MANNA INVESTMENTS, LLC,<br><br>　　　　　Relief Defendants. | Case No.: 3:16-cv-00270-MMD-VPC<br><br>Honorable Valerie P. Cooke<br><br>**UNOPPOSED MOTION FOR ENTRY OF AN ORDER GRANTING PRO SE DEFENDANT DAVID KAPLAN COURT AUTHORIZATION TO REGISTER AS A FILER TO FILE DOCUMENTS ELECTRONICALLY; AND PROPOSED ORDER**<br><br>DATE: February 24, 2017 |

　　Pro Se Defendant David B. Kaplan, Esq. ("Defendant") respectfully requests that the Court enter an unopposed Order Granting Defendant authorization to register as a "Filer", pursuant to LRIC 2-1(b), so as to minimize costs of expedited filing in the future and to ensure maximum efficiency to all Parties as the present litigation moves forward. Since as a licensed California attorney, Defendant David B. Kaplan, Esq. already has PACER access, affording Defendant

1  authorization to register as a "Filer" in the Court's jurisdiction would further the efficiency of this
2  litigation.
3      The SEC does not oppose Defendant's request.
4      WHEREFORE, Defendant respectfully requests that the Court authorize pro se Defendant
5  David B. Kaplan, Esq. to register as a "Filer" permitting future electronic filings with the court.

6

7  DATED: February 23, 2017                    Respectfully Submitted,

8                                              [signature]
                                               DAVID B. KAPLAN
9                                              Pro Se

10

11 SO ORDERED:
12 March 27, 2017
   Dated: February __, 2017                    [signature]
13                                             The Honorable Valerie P. Cooke
                                               United States Magistrate Judge

# PROOF OF SERVICE

I am over the age of 18 years, and I am a party to this action. My business address is:

P.O. Box 1939, Zephyr Cove, NV 89448

On February 24, 2017, I caused to be served the document entitled UNOPPOSED MOTION FOR ENTRY OF AN ORDER GRANTING PRO SE DEFENDANT DAVID KAPLAN COURT AUTHORIZATION TO REGISTER AS A FILER TO FILE DOCUMENTS ELECTRONICALLY; AND PROPOSED ORDER on all parties to this action addressed as stated on the service list below:

**ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the service list below.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2017

David B. Kaplan, Pro Se

## SERVICE LIST

Alyssa A. Qualls
Amy S. Cotter
Raven A. Winters
U.S. Securities & Exchange Commission
175 West Jackson Blvd.., Suite 300
Chicago, IL 60604
quallsa@sec.gov   *Attorney for Plaintiff*