Alyssa A. Qualls (IL Bar No. 6292124)
Email: quallsa@sec.gov
Amy S. Cotter (IL Bar No. 6238157)
Email: cottera@sec.gov
Raven A. Winters (IL Bar No. 6291077)
Email: wintersr@sec.gov

Attorneys for Plaintiff
Robert J. Burson, Associate Regional Director
Amy S. Cotter, Assistant Regional Director
Alyssa A. Qualls, Regional Trial Counsel
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

```
          FILED              RECEIVED
          ENTERED            SERVED ON
                  COUNSEL/PARTIES OF RECORD

                  DEC 27 2017

              CLERK US DISTRICT COURT
                DISTRICT OF NEVADA
         BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### Northern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID B. KAPLAN, ESQ., SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC, SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD., and MANNA INTERNATIONAL ENTERPRISES, INC.,<br><br>Defendants,<br><br>and<br><br>LISA M. KAPLAN, THE WATER-WALKING FOUNDATION, INC., and MANNA INVESTMENTS, LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-00270-MMD-VPC<br><br>**Honorable Miranda Du**<br><br>**STIPULATION TO EXTEND TIME TO FILE CASE MANAGEMENT REPORT AND HOLD CASE MANGEMENT CONFERENCE**<br><br>**THIRD REQUESTED EXTENSION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. On August 29, 2017, Plaintiff United States Securities and Exchange Commission ("SEC" or "Commission"), Defendant David B. Kaplan, and Relief Defendant Lisa Kaplan (collectively, the "Parties") filed a Stipulation for Extension of Time to File Case Management Report and Hold Case Management Conference (First Request). (ECF No. 86.)

2. On September 5, 2017, the Honorable Magistrate Judge Valerie B. Cooke granted the request (ECF No. 87), scheduled a case management conference for October 18, 2017, at 9:30 a.m. PDT, and directed the parties to file a case management report no later than the close of business on October 6, 2017 (ECF No. 88).

3. Thereafter, the Parties reached an agreement to resolve this matter. Defendant David Kaplan and Relief Defendant Lisa Kaplan have executed consents to the terms of settlement before a notary public, and the SEC staff has commenced the process of obtaining approval of the agreement by the Commission.

4. On October 4, 2017 the Parties filed a Stipulation for Extension of Time to File Case Management Report and Hold Case Management Conference (Second Request), requesting a 90-day extension of time to file the case management report, or until January 5, 2018, to allow for sufficient time to obtain Commission approval. (ECF No. 89.)

5. On October 10, 2017, the Court granted the request. (ECF No. 90.)

6. The SEC staff continues to seek approval of the agreement by the Commission and estimates that it will need an additional 30 days to obtain final approval.

7. Once approval has been obtained, the SEC will file a Motion for Entry of Judgment before the Honorable Miranda Du.

8. The Parties expect that this process will be complete by end of January 2018.

9. Accordingly, the Parties respectfully request that the time to file the case management report be extended approximately 30 days, or until February 5, 2018, and that the case management conference be scheduled sometime thereafter, at the convenience of the Court.

10. This is the Parties' third request for an extension of time regarding the case management report and conference.

Date: December 15, 2017

| | |
|---|---|
| /s/ Alyssa A. Qualls<br>Alyssa A. Qualls (IL Bar No. 6292124)<br>175 West Jackson Blvd., Suite 900<br>Chicago, Illinois 60604<br>Telephone: (312) 353-7390<br>Facsimile: (312) 353-7398<br>Email: quallsa@sec.gov<br><br>Counsel for Plaintiff United States Securities and Exchange Commission | /s/ David B. Kaplan<br>David B. Kaplan<br>1314-B Cave Rock Drive<br>Glenbrook, NV 89413<br>Telephone: (509) 263-4625<br>Email: Director@SOSforBiz.com<br><br>/s/ Lisa Kaplan<br>Lisa Kaplan<br>1314-B Cave Rock Drive<br>Glenbrook, NV 89413<br>Telephone: (509) 263-4625 |

IT IS SO ORDERED:

_[signature]_
The Honorable Valerie P Cooke
United States Magistrate Judge

Dated: _December 27, 2017_