1  Alyssa A. Qualls (IL Bar No. 6292124)
   Email: quallsa@sec.gov
2  Amy S. Cotter (IL Bar No. 6238157)
   Email: cottera@sec.gov
3  Raven A. Winters (IL Bar No. 6291077)
   Email: wintersr@sec.gov

Attorneys for Plaintiff
Robert J. Burson, Associate Regional Director
Amy S. Cotter, Assistant Regional Director
Alyssa A. Qualls, Regional Trial Counsel
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**Northern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:16-cv-00270-MMD-VPC |
| Plaintiff, | **Honorable Miranda Du** |
| vs. | |
| DAVID B. KAPLAN, ESQ., SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC, SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD., and MANNA INTERNATIONAL ENTERPRISES, INC., | **STIPULATION TO LIFT ASSET FREEZE ON ACCOUNTS AT SPOKANE TEACHERS CREDIT UNION** |
| Defendants, | |
| and | |
| LISA M. KAPLAN, THE WATER-WALKING FOUNDATION, INC., and MANNA INVESTMENTS, LLC, | |
| Relief Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. On June 10, 2016, the Court entered an Agreed Order of Preliminary Injunction and Other Relief as to Defendants and Relief Defendants. (EFC No. 23.)

2. Section I of the Order froze the assets of Defendants and Relief Defendants, including the assets in following three accounts at Spokane Teachers Credit Union ("STCU"):

| Institution | Account Number | Account Name |
| --- | --- | --- |
| STCU | #XXX-1127 | Kaplan, David B. |
| STCU | #XXX-7065 | Kaplan, David B. |
| STCU | #XXX-0797 | Kaplan, David B. |

3. On January 8, 2018, the parties filed Stipulations for Entry of Final Judgments, which asked this Court to enter final judgments against Defendants and Relief Defendants pursuant to settlement agreements among the parties. (ECF. Nos. 95-98.)

4. On January 8, 2018, the Court entered Final Judgments against Defendants and Relief Defendants. (ECF Nos. 103-106.) The Final Judgments directed various financial institutions to transfer the entire balance of certain frozen accounts to the SEC within three days after being served with a copy of the Final Judgments. The financial institutions listed in the Final Judgments did not include the STCU accounts.

5. As set forth in the Affidavit of Kyle S. Kaplan, attached hereto as Exhibit 1, David Kaplan opened the STCU accounts #XXX-1127 and #XXX-7065 for the benefit of his son Kyle Kapan. The accounts hold approximately $2,022.82, combined. These funds represent money that Kyle Kaplan saved over the years to assist with college tuition.

6. As set forth in the Affidavits of Bryan Rabas and Heather Grover, attached hereto as Exhibits 2 and 3, David Kaplan opened STCU account #XXX-0797 for the benefit of Bryan Rabas and Heather Grover to hold $245 paid each month in escrow as a future down-payment on the purchase of a home. The account currently holds approximately $5,435.30. These funds represent the accumulated down-payment money that Bryan Rabas and Heather Grover have saved through January 6, 2017.

7. The Final Judgments having been entered, the parties now respectfully request that

the Court lift the asset freeze over the STCU accounts to permit Kyle Kaplan, Bryan Rabas, and Heather Grover to move these funds into accounts that they control.

Date:   January 23, 2018

/s/ Alyssa A. Qualls
Alyssa A. Qualls (IL Bar No. 6292124)
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398
Email:  quallsa@sec.gov

*Counsel for Plaintiff United States Securities and Exchange Commission*

/s/ David B. Kaplan
David B. Kaplan
1314-B Cave Rock Drive
Glenbrook, NV 89413
Telephone: (509) 263-4625
Email: Director@SOSforBiz.com

IT IS SO ORDERED:

_____
The Honorable Miranda Du
United States District Judge

Dated: ___January 23, 2018_____

3

Case No. 3:16-CV-00270-MMD-VPC

# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Northern Division

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

DAVID B. KAPLAN, ESQ.,
SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC,
SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD.,
and MANNA INTERNATIONAL ENTERPRISES, INC.,

Defendants,

and

LISA M. KAPLAN,
THE WATER-WALKING FOUNDATION, INC., and
MANNA INVESTMENTS, LLC,

Relief Defendants.

Case No. 3:16-cv-00270-MMD-VPC

**Honorable Miranda Du**

**AFFIDAVIT OF KYLE S. KAPLAN**

I, Kyle S. Kaplan, swear or affirm as follows:

1. I am a U.S. citizen and reside at Dakota State University, 820 N. Washington Ave., Madison, SD 57402-1735.

2. I am 19 years old. My father is David B. Kaplan.

3. In or about August 2011, when I was a minor, David Kaplan opened a checking and savings account for my benefit at Spokane Teachers Credit Union ("STCU").

4. The STCU account numbers are #XXX-1127 (checking account) and #XXX-7065 (savings account).

5. Since I was a minor at the time these accounts were opened, David Kaplan was established as a co-signatory on the accounts.

6. The accounts currently hold approximately $2,022.82 combined [$613.56 in

checking account; $1,409.26 in saving account].

7. These funds represent money that I saved over the years to assist with college tuition.

8. Once the asset freeze has been lifted on these accounts, STCU will be directed to transfer the balance to STCU account #XXXX-XXX-554, which is in the name of Kyle S. Kaplan and is not associated with David Kaplan.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

Dated: 10/5/17

*/s/ Kyle Kaplan*
Kyle S. Kaplan

The foregoing was acknowledged before me this 5th day of October, 2017, by Kyle S. Kaplan, who is personally known to me or who has produced a driver's license as identification and who did take an oath.

*/s/ Ashley Jensen*
Notary Public
State of South Dakota
Commission Number:
Commission Expiration: October 11, 2019

ASHLEY JENSEN
NOTARY PUBLIC
SOUTH DAKOTA

# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Northern Division

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

DAVID B. KAPLAN, ESQ.,
SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC,
SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD.,
and MANNA INTERNATIONAL ENTERPRISES, INC.,

Defendants,

and

LISA M. KAPLAN,
THE WATER-WALKING FOUNDATION, INC., and
MANNA INVESTMENTS, LLC,

Relief Defendants.

Case No. 3:16-cv-00270-MMD-VPC

**Honorable Miranda Du**

**AFFIDAVIT OF BRYAN RABAS**

I, Bryan Rabas, swear or affirm as follows:

1. I am a U.S. citizen and reside at 23715 E. First Ave., in Liberty Lake, Spokane County, Washington.

2. In or about May 2015, my girlfriend, Heather Grover, and I signed a lease to rent 23715 East 1st Avenue, Liberty Lake, Washington 99019.

3. This property is owned by David B. and Lisa M. Kaplan. The lease agreement provides that we are to contribute $245 per month to be held in escrow as a future down-payment on the purchase of the house.

4. Consistent with this provision, Kaplan opened an escrow account for our benefit at Spokane Teachers Credit Union ("STCU"). The STCU account number is #XXX-0797 and David Kaplan is a signatory on the account.

Case No. 3:16-CV-00270-MMD-VPC

5. The account currently holds approximately $5,435.30. These funds represent the accumulated down-payment money that Heather Grover and I have saved through January 6, 2017.

6. Once the asset freeze has been lifted on this account, STCU will be directed to transfer the balance to STCU account #XXX-XXX-6815, which is jointly owned by me and Heather Grover and is not associated with David or Lisa Kaplan.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

Dated: 10/4/17

Bryan Rabas

The foregoing was acknowledged before me this 4th day of October, 2017, by Bryan Rabas, who is personally known to me or who has produced a driver's license as identification and who did take an oath.

Notary Public
State of WA
Commission Number: 182973
Commission Expiration: 01/14/2020



# EXHIBIT 3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Northern Division

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

DAVID B. KAPLAN, ESQ., SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC, SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD., and MANNA INTERNATIONAL ENTERPRISES, INC.,

Defendants,

and

LISA M. KAPLAN, THE WATER-WALKING FOUNDATION, INC., and MANNA INVESTMENTS, LLC,

Relief Defendants.

Case No. 3:16-cv-00270-MMD-VPC

**Honorable Miranda Du**

**AFFIDAVIT OF HEATHER GROVER**

I, Heather Grover, swear or affirm as follows:

1. I am a U.S. citizen and reside at 23715 E. First Ave., in Liberty Lake, Spokane County, Washington.

2. In or about May 2015, my boyfriend, Bryan Rabas, and I signed a lease to rent 23715 East 1st Avenue, Liberty Lake, Washington 99019.

3. This property is owned by David B. and Lisa M. Kaplan. The lease agreement provides that we are to contribute $245 per month to be held in escrow as a future down-payment on the purchase of the house.

4. Consistent with this provision, Kaplan opened an escrow account for our benefit at Spokane Teachers Credit Union ("STCU"). The STCU account number is #XXX-0797 and David Kaplan is a signatory on the account.

Case No. 3:16-CV-00270-MMD-VPC

5. The account currently holds approximately $5,435.30. These funds represent the accumulated down-payment money that Bryan Rabas and I have saved through January 6, 2017.

6. Once the asset freeze has been lifted on this account, STCU will be directed to transfer the balance to STCU account #XXX-XXX-6815, which is jointly owned by me and Bryan Rabas and is not associated with David or Lisa Kaplan.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

Dated: 10/04/2017

*Heather Grover*

The foregoing was acknowledged before me this 4th day of October, 2017, by Heather Grover, who is personally known to me or who has produced a driver's license as identification and who did take an oath.

*Kayla J Wells*
Notary Public
State of WA
Commission Number: 182-473
Commission Expiration: 1/14/2020