Alyssa A. Qualls (IL Bar No. 6292124)
Email: quallsa@sec.gov
Amy S. Cotter (IL Bar No. 6238157)
Email: cottera@sec.gov
Raven A. Winters (IL Bar No. 6291077)
Email: wintersr@sec.gov

Attorneys for Plaintiff
Robert J. Burson, Associate Regional Director
Amy S. Cotter, Assistant Regional Director
Alyssa A. Qualls, Regional Trial Counsel
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**Northern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:16-cv-00270-MMD-VPC |
| Plaintiff, | **Honorable Miranda Du** |
| vs. | |
| DAVID B. KAPLAN, ESQ., SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC, SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD., and MANNA INTERNATIONAL ENTERPRISES, INC., | **STIPULATION TO RELEASE DEFENDANT DAVID B. KAPLAN'S PASSPORTS AFTER ENTRY OF FINAL JUDGMENTS AND TRANSFER OF FROZEN ASSETS** |
| Defendants, | |
| and | |
| LISA M. KAPLAN, THE WATER-WALKING FOUNDATION, INC., and MANNA INVESTMENTS, LLC, | |
| Relief Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. On May 20, 2016, the Court granted the Motion for Temporary Restraining Order by Plaintiff United States Securities and Exchange Commission and ordered Defendant David B. Kaplan to surrender his passports (USA and St. Kitts/Nevis) to the Clerk of the Court. (ECF No. 14 § VII.)

2. On May 27, 2016, the Clerk of the Court received Defendant's 2 passports and secured them in the Court's vault. (ECF No. 18.)

3. On June 9, 2016, the Court entered an Agreed Order of Preliminary Injunction, directing the Clerk of the Court to retain Defendant's passports until the conclusion of this litigation. (ECF No. 23 § V.)

4. On January 8, 2018, the parties filed Stipulations for Entry of Final Judgments, which asked this Court to enter final judgments against Defendants and Relief Defendants pursuant to settlement agreements among the parties. (ECF Nos. 95-98.)

5. On January 8, 2018, the Court entered Final Judgments against Defendants and Relief Defendants. (ECF Nos. 103-106.) The Final Judgments directed various financial institutions to transfer the entire balance of certain frozen accounts to the SEC within three days after being served with a copy of the Final Judgments.

6. As of January 31, 2018, all identified financial institutions had transferred the frozen funds to the SEC.

7. The Final Judgments having been entered and the SEC having received the frozen funds, the parties now respectfully request that the Clerk of the Court be directed to return the aforementioned passports to Defendant David B. Kaplan.

Date: January 31, 2018

/s/ Alyssa A. Qualls
Alyssa A. Qualls (IL Bar No. 6292124)
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398
Email: quallsa@sec.gov

Counsel for Plaintiff United States Securities and Exchange Commission

/s/ David B. Kaplan
David B. Kaplan
1314-B Cave Rock Drive
Glenbrook, NV 89413
Telephone: (509) 263-4625
Email: Director@SOSforBiz.com

1 | IT IS SO ORDERED:  Clerk of the Court be directed to return the aforementioned passports to Defendant David B. Kaplan.

_____
The Honorable Miranda Du
United States District Judge

Dated: January 31, 2018