Christy J. White (D.C. Bar No. 974102)
U.S. Securities and Exchange Commission
100 F Street, NE, Mail Stop 5628
Washington, DC 20549
Tel: 202-551-4502
Email: whitechr@sec.gov
Facsimile: 202-572-1372

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DAVID B. KAPLAN, ESQ., ET AL,<br><br>　　　　Defendant, and<br><br>LISA M. KAPLAN, et al.<br><br>　　　　Relief Defendants. | Case No.: **3:16-cv-00270-MMD-VPC**<br><br>**Honorable Miranda Du**<br><br>**STIPULATION AND ORDER REGARDING ATTORNEY TRUST ACCOUNT FUNDS** |

Plaintiff, the United States Securities and Exchange Commission ("SEC" or "Commission"), by its undersigned counsel, Christy J. White, and third party, Matthew B. Kaplan, Esq. ("Matthew Kaplan"),[1] hereby stipulate as follows:

WHEREAS, on May 19, 2016, the Commission brought suit against David B. Kaplan, Esq. ("David Kaplan"), Synchronized Organizational Solutions, LLC, Synchronized Organizational Solutions International, Ltd. ("SOSI"), and Manna International Enterprises, Inc., as Defendants, and Lisa M. Kaplan ("Lisa Kaplan"), The Water-Walking Foundations, Inc., and Manna Investments, LLC, as Relief Defendants. (ECF No. 1);

---

[1] Matthew Kaplan has no relation to Defendant, David Kaplan.

1

WHEREAS, on May 20, 2016, this Court entered a Temporary Restraining Order and Asset Freeze ("2016 Asset Freeze") against the Defendants, Relief Defendants, and their agents, servants, employees, attorneys-in-fact, and those persons in active concert or participation with them. (ECF No. 13). The Asset Freeze ordered them to retain funds and other assets held by the Defendants and Relief Defendants, directly or indirectly, and to prevent the "withdrawal, sale, payment…, transfer, dissipation, assignment, pledge, alienation, encumbrance, disposal, or diminution of value" of such assets;

WHEREAS, on January 8, 2018, a final judgment ("Judgment") was entered in favor of the Commission and against the Defendants. (ECF No. 105). The Judgment required them to pay disgorgement in the amount of $7,139,884.87, together with prejudgment interest thereon in the amount of $680,157.61, for a total of $7,820,042.48. David Kaplan was also ordered to pay a civil penalty of $300,000;

WHEREAS, on or about April 25, 2016, Matthew Kaplan was retained by Defendant, David Kaplan, in connection with a complaint filed against him and co-defendant, SOSI, in the District Court for the Eastern District of Virginia. *See Dean Properties, LLC, et al, v. Synchronized Organizational Solutions International, Ltd., et al.*, 1:16-cv-00050 (E.D. Va.) ("Virginia Civil Matter");

WHEREAS, on April 27, 2016, Matthew Kaplan received an initial retainer deposit from David Kaplan for his services in the amount of $12,000. These funds were deposited into the Kaplan Law Firm PLLC's ("Kaplan Law Firm" or "Firm") trust account at Eagle Bank;

WHEREAS, on May 2, 2016, Matthew Kaplan received another deposit from David Kaplan for his services in the amount of $12,000. These funds were also deposited into the Kaplan Law Firm's trust account at Eagle Bank;

WHEREAS, a total sum of $24,000 was deposited into the Kaplan Law Firm's trust account in connection with Matthew Kaplan's representation of David Kaplan in the Virginia Civil Matter; and

WHEREAS, prior to the entry of the Commission's asset freeze on May 20, 2016 ("Asset Freeze"), $2,031.44 was transferred from the Kaplan Law Firm's trust account to pay for services rendered and invoiced by the Firm, which left a balance of $21,968.56 in the Firm's trust account. Because of the Commission's Asset Freeze, this amount remains in the Kaplan Law Firm's trust account at Eagle Bank.

IT IS HEREBY STIPULATED AND AGREED that:

1. The 2016 Asset Freeze is modified to permit Matthew Kaplan to transfer the Attorney Trust Funds as follows: (a) $10,984.28 to be paid to the Commission in partial satisfaction of its Judgment; and (2) $10,984.28 to be applied to the outstanding balance owed by David Kaplan for legal services performed by Matthew Kaplan; and

2. Nothing stated herein releases David Kaplan from the remaining balance owed to Matthew Kaplan for services he rendered in the Virginia Civil Matter.

Dated: May 31, 2018            Respectfully submitted,


/s/ Christy White
Christy J. White (D.C. Bar No. 974102)
**U.S. Securities and Exchange Commission**
100 F Street, NE, Mail Stop 5628
Washington, DC 20549

Counsel for Plaintiff

Dated: May 31, 2018            Respectfully submitted,


/s/ Matthew B. Kaplan, Esq.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

Matthew B. Kaplan, Esq.
The Kaplan Law Firm
1100 N Glebe Rd, Suite 1010
Arlington, VA 22201
(703) 665-9529 (telephone)
(888) 958-1366 (fax)
mbkaplan@thekaplanlawfirm.com

IT IS SO ORDERED.

_____
United States District Judge

Dated:   June 1, 2018