Christy J. White (D.C. Bar No. 974102)
U.S. Securities and Exchange Commission
100 F Street, NE, Mail Stop 5628
Washington, DC 20549
Tel: 202-551-4502
Email: whitechr@sec.gov
Facsimile: 202-572-1372

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID B. KAPLAN, ESQ., ET AL,<br><br>Defendant, and<br><br>LISA M. KAPLAN, et al.<br><br>Relief Defendants. | Case No.: **3:16-cv-00270-MMD-VPC**<br><br>**Honorable Miranda Du**<br><br>**ORDER GRANTING UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR AN ORDER STAYING THE FEBRUARY 28, 2019 SHERIFF'S SALE AND RELATED STATE COURT PROCEEDING** |

This matter coming to be heard on Plaintiff, United States Securities and Exchange Commission's ("Commission" or "SEC") Emergency Motion for an Order Staying the February 28, 2019 Sheriff's Sale and Related State Court Proceeding ("Motion"), and this Court having considered the Commission's Motion (ECF No. 117), the response (ECF No. 120), the reply (ECF No. 122), and arguments presented at this Court's hearing on February 27, 2019 (ECF No. 123), finds as follows:

1. This Court has jurisdiction over the subject matter of the action, the Defendants and Relief Defendants, and all property subject to this Court's Temporary Restraining Order and Asset Freeze ("2016 Asset Freeze"), which was incorporated into this Court's Preliminary Injunction (ECF Nos. 13, 23);

2. At all relevant times, the property located at 1314 Cave Rock Drive, Unit B,

Zephyr Cove, Nevada ("Subject Property") has been subject to the 2016 Asset Freeze and otherwise under the jurisdiction of this Court;

3. Dean Properties, LLC, and James and Marla Dean (collectively, "the Deans") were served with notice of the 2016 Asset Freeze on June 1, 2016;

4. Despite notice of the 2016 Asset Freeze, the Deans proceeded to obtain a judgment against Defendants David Kaplan and Synchronized Organizational Solutions International, Ltd. ("SOSI"), and have sought to execute against the Subject Property by way of a sheriff's sale pending before the District Court for Clark County, Nevada, in the matter captioned *Dean Properties, LLC, et al, v. SOSI, et al*, Case No. A-16-742128-F Dept. No. IV ("State Court Proceeding");

5. The Deans' State Court Action interferes with an asset under this Court's jurisdiction.

6. The Commission's ability to enforce its final judgment for the benefit of all injured investors may be impaired unless certain interests in the Subject Property are determined by this Court; and

The Commission has made a sufficient and proper showing in support of the relief requested;

Now, therefore,

IT IS HEREBY ORDERED that the Plaintiff's emergency motion is granted;

IT IS HEREBY FURTHER ORDERED that sheriff's sale and related State Court Proceeding, as it pertains to the Subject Property, are hereby stayed until further order of this Court;

IT IS HEREBY FURTHER ORDERED that counsel for the Commission will file a motion regarding the Subject Property on or before March 14, 2019. The regular briefing schedule will apply thereafter; and

IT IS HEREBY FURTHER ORDERED that this Court shall retain jurisdiction of this matter for all purposes.

**SO ORDERED:**

Dated: March 8, 2019

Honorable Miranda Du
United States District Court Judge