Christy J. White (D.C. Bar No. 974102)
U.S. Securities and Exchange Commission
100 F Street, NE, Mail Stop 5628
Washington, DC 20549
Tel: 202-551-4502
Email: whitechr@sec.gov
Facsimile: 202-572-1372

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>DAVID B. KAPLAN, ESQ., ET AL,<br>Defendant, and<br>LISA M. KAPLAN, et al.<br>Relief Defendants. | Case No.: **3:16-cv-00270-MMD-VPC**<br><br>**Honorable Miranda Du**<br><br>**STIPULATION AND ORDER REGARDING 23715 E 1st AVENUE** |

Plaintiff, the United States Securities and Exchange Commission ("SEC" or "Commission"), by its undersigned counsel, Christy J. White, defendant, David B. Kaplan, Esq., and relief defendant, Lisa M. Kaplan, hereby stipulate as follows:

WHEREAS, on May 19, 2016, the Commission brought suit against David B. Kaplan, Esq. ("David Kaplan"), Synchronized Organizational Solutions, LLC, Synchronized Organizational Solutions International, Ltd. ("SOSI"), and Manna International Enterprises, Inc., as Defendants, and Lisa M. Kaplan ("Lisa Kaplan"), The Water-Walking Foundations, Inc., and Manna Investments, LLC, as Relief Defendants (ECF No. 1);

WHEREAS, on May 20, 2016, this Court entered a Temporary Restraining Order and Asset Freeze ("2016 Asset Freeze") against the Defendants, Relief Defendants, and their agents, servants, employees, attorneys-in-fact, and those persons in active concert or participation with them which ordered them to retain funds and other assets held by the Defendants and Relief

Defendants, directly or indirectly, and to prevent the "withdrawal, sale, payment…, transfer, dissipation, assignment, pledge, alienation, encumbrance, disposal, or diminution of value" of such assets which included real property located at 23715 E 1st Avenue, Liberty Lake, Washington ("Subject Property") (ECF No. 13);

WHEREAS, on January 8, 2018, a final judgment was entered in favor of the Commission and against the Defendants requiring them to pay disgorgement in the amount of $7,139,884.87, together with prejudgment interest thereon in the amount of $680,157.61, for a total of $7,820,042.48 and also ordered David Kaplan to pay a civil penalty of $300,000 (ECF No. 105);

WHEREAS, on January 8, 2018, a final judgment was entered in favor of the Commission and against Relief Defendant, Lisa Kaplan, for disgorgement in the amount of $340,764.75, together with prejudgment interest thereon in the amount of $26,762.65, for a total of $367,527.40[1]  (ECF No. 106);

WHEREAS, the Commission, David Kaplan and Lisa Kaplan having reached an agreement whereby they may sell the Subject Property for fair market value so that the excess proceeds from the sale can be applied to the current outstanding balance of their judgment debts; and

WHEREAS, David and Lisa Kaplan listed the Subject Property for sale on or around November 5, 2020, and have received a bona fide, pending offer for fair market value for the purchase of the same;

IT IS HEREBY STIPULATED AND AGREED that:

---

[1] Also, on January 8, 2018, judgments were entered against the two entity Relief Defendants, Manna Investments, LLC, and Water-Walking Foundation, Inc., for disgorgement and prejudgment interest in the total amounts of $521,537.13, and $644,376.08, respectively

1. The 2016 Asset Freeze should be, and hereby is, modified to permit David and Lisa Kaplan to sell the Subject Property as described above; and

2. The excess proceeds from the sale of the Subject Property shall be paid to the Commission in satisfaction of David and Lisa Kaplan's outstanding judgment debts.

Dated: November 18, 2020            Respectfully submitted,

/s/ Christy White
Christy J. White (D.C. Bar No. 974102)
**U.S. Securities and Exchange Commission**
100 F Street, NE, Mail Stop 5628
Washington, DC 20549

Counsel for Plaintiff

Dated: 11-18, 2020            Respectfully submitted,

/s/ David B. Kaplan
David B. Kaplan, Esq.
*Pro Se*

Dated: 11-18, 2020            Respectfully submitted,

/s/ Lisa M. Kaplan
Lisa M. Kaplan
*Pro Se*

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 19, 2020