Alyssa A. Qualls (IL Bar No. 6292124)
Email: quallsa@sec.gov
Amy S. Cotter (IL Bar No. 6238157)
Email: cottera@sec.gov
Raven A. Winters (IL Bar No. 6291077)
Email: wintersr@sec.gov

Attorneys for Plaintiff
David Glockner, Regional Director
Robert J. Burson, Associate Regional Director
Amy S. Cotter, Assistant Regional Director
Alyssa A. Qualls, Regional Trial Counsel
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

### Northern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID B. KAPLAN, ESQ.,<br><br>Honorable Marcia S. Krieger<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC,<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD.,<br><br>and MANNA INTERNATIONAL ENTERPRISES, INC.,<br><br>Defendants, | Case No. 3:16-cv-00270-MMD-VPC<br><br>**Honorable Miranda M. Du**<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSE TO MOTION TO COMPEL SEC'S ACCOUNTING AND DISTRIBUTION OF FUNDS TO HARMED INVESTORS**<br><br>**FIRST REQUESTED EXTENSION** |

|   |   |
|---|---|
| 1 | and |
| 2 |  |
| 3 | LISA M. KAPLAN, |
| 4 | THE WATER-WALKING |
| 5 | FOUNDATION, INC., and |
| 6 | MANNA INVESTMENTS, LLC, |
| 7 |  |
| 8 | Relief Defendants. |

9  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as
10 follows:
11  1. On January 18, 2024, Dean Properties, LLC, through its counsel of record, Matthew
12 Pruitt, Esq. of Kirton McConkie, PC, filed a Motion to Compel the SEC's Accounting and
13 Distribution of Funds to Injured Investors (hereinafter "Motion to Compel"). (ECF No. 162).
14  2. Plaintiff SEC hereby requests an additional 21 days to prepare a response to the
15 Motion to Compel.
16  3. The SEC and counsel for Dean Properties have agreed to the 21-day extension,
17 during which time the SEC will prepare a fair and reasonable proposed timeline for the distribution
18 of funds to harmed investors.
19  //
20
21  //
22
23
24  //
25
26
27
28

4.  Accordingly, the Parties respectfully request that the time to file a response to the Motion to Compel be extended until February 22, 2024.

Date: January 26, 2024

| /s/ Alyssa A. Qualls | /s/ Matthew Pruitt |
|---|---|
| Alyssa A. Qualls (IL Bar No. 6292124) | Matthew Pruitt, Esq. |
| 175 West Jackson Blvd., Suite 900 | 301 N. 200 E., Suite 3-A |
| Chicago, Illinois 60604 | St. George, Utah 84770 |
| Telephone: (312) 353-7390 | Telephone: (435) 574-5672 |
| Facsimile: (312) 353-7398 | Email: mpruitt@kmclaw.com |
| Email: quallsa@sec.gov | |
| | |
| Counsel for Plaintiff United States Securities and Exchange Commission | Counsel for Dean Properties, LLC. |

IT IS SO ORDERED:

_____
The Honorable Miranda M. Du, Chief
United States District Judge

Dated: January 26, 2024