Adriene Mixon (New York Bar No. 2773414)
Email: mixona@sec.gov
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone:  (202) 551-4463
Facsimile:  (202) 772-9363

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**Northern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID B. KAPLAN, ESQ.,<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC,<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD.,<br><br>and MANNA INTERNATIONAL ENTERPRISES, INC.,<br><br>Defendants,<br><br>and<br><br>LISA M. KAPLAN,<br><br>THE WATER-WALKING FOUNDATION, INC., and<br><br>MANNA INVESTMENTS, LLC,<br><br>Relief Defendants. | Case No.  3:16-cv-00270-MMD-VPC<br><br>**Honorable Miranda M. Du**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE A REPLY TO DEAN PROPERTIES, LLC'S RESPONSE TO SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR AN ORDER APPROVING DISTRIBUTION PLAN**<br><br>**<u>FIRST REQUESTED EXTENSION OF TIME TO FILE REPLY TO DEAN PROPERTIES, LLC'S RESPONSE</u>** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. On July 31, 2024, Plaintiff United States Securities and Exchange Commission (the "SEC" or "Commission") filed a Motion for An Order Approving Distribution Plan with Accompanying Memorandum of Law (hereinafter "Motion"). (ECF No. 176).

2. On August 14, 2024, Dean Properties, LLC, through its counsel of record, Matthew Pruitt, Esq. of Kirton McConkie, PC, filed a Response to the SEC's Motion (hereinafter "Response"). (ECF No. 177).

3. Plaintiff SEC hereby requests an additional 7 days to prepare a reply to Dean Properties, LLC's Response to carefully consider Dean Properties LLC's Response and to reply appropriately.

4. The SEC and counsel for Dean Properties, LLC have agreed to the 7-day extension, during which time the SEC will prepare a reply.

//

//

//

//

//

//

//

//

//

5. Accordingly, the Parties respectfully request that the time to file a reply to Dean Properties, LLC's Response be extended until August 28, 2024.

| | |
|---|---|
| /s/ Adriene Mixon | /s/ Mattew Pruitt |
| Adriene Mixon (New York Bar No, 2773414) | Matthew Pruitt, Esq. |
| 444 S. Flower Street, Suite 900 | 301 N. 200 E., Suite 3-A |
| Los Angeles, CA 90071 | St. George, Uta 84770 |
| Telephone (202) 551-4463 | Telephone: (435) 574-5672 |
| Facsimile: (202) 771-9363 | Email: mpruitt@kmclaw.com |
| Email: mixona@sec.gov | |
| Counsel for Plaintiff United States Securities and Exchange Commission | Counsel for Dean Properties, LLC. |

.

IT IS SO ORDERED:

_____   DATED: August 20, 2024
The Honorable Miranda M. Du
United States District Judge