**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**Northern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID B. KAPLAN, ESQ., SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC, SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD., and MANNA INTERNATIONAL ENTERPRISES, INC.,<br><br>　　　　Defendants,<br><br>　　and<br><br>LISA M. KAPLAN, THE WATER-WALKING FOUNDATION, INC., and MANNA INVESTMENTS, LLC,<br><br>　　　　Relief Defendants. | Case No.  3:16-cv-00270-MMD-VPC<br><br>**Honorable Miranda M. Du**<br><br>**ORDER APPROVING A DISTRIBUTION PLAN** |

1   The Court, having reviewed the Motion of Plaintiff Securities and Exchange Commission
2   (the "SEC" or "Commission") for an Order approving the SEC's proposed distribution plan to
3   distribute the funds under this Court's jurisdiction in this matter, the accompanying Memorandum
4   in Support of the Motion, and the proposed distribution plan attached as Exhibit A to the Motion
5   (the "Plan");
6   
7   **AND** having considered all arguments presented and for good cause shown;
8   **IT IS HEREBY ORDERED** that:
9   1. The Motion is **GRANTED**;
10  2. The Plan is approved in its entirety; and
11  3. The Plan shall govern the administration and distribution of the funds under the
12     Court's jurisdiction in this matter.
13  
14  4.

IT IS SO ORDERED.

DATED: August 30, 2024.

_____
The Honorable Miranda M. Du, Chief Judge
United States District Court

## CERTIFICATE OF SERVICES

I hereby certify that on July 31, 2024, I caused to be filed a true and correct copy of Plaintiff Securities and Commission's [Proposed] Order Approving a Distribution Plan through the Court's Electronic Court Filing System (or CM/ECF System), which automatically sent an email notification of such filing to the parties of record.

DATED:  July 31, 2024                            /s/ *Adriene Mixon*
                                                 Adriene Mixon