Adriene Mixon (New York Bar No. 2773414)
Email: mixona@sec.gov
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (202) 551-4463
Facsimile: (202) 772-9363

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**Northern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID B. KAPLAN, ESQ.,<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC,<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD.,<br><br>and MANNA INTERNATIONAL ENTERPRISES, INC.,<br><br>Defendants,<br><br>and<br><br>LISA M. KAPLAN,<br><br>THE WATER-WALKING FOUNDATION, INC., and<br><br>MANNA INVESTMENTS, LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-00270-MMD-VPC<br><br>**Honorable Miranda M. Du**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE A MOTION FOR AN ORDER TO DISBURSE THE DISTRIBUTON FUND**<br><br>**FIRST REQUESTED EXTENSION OF TIME TO FILE A MOTION FOR AN ORDER TO DISBURSE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. On May 10, 2024, the Court ordered that Plaintiff United States Securities and Exchange Commission (the "SEC" or "Commission") shall file a Motion to Approve the Distribution Plan (the "Distribution Plan") by July 31, 2024, and a Motion for an Order to Disburse the Distribution Fund (the "Motion") by December 2, 2024.  (ECF No. 175).  The SEC filed the Motion to Approve the Distribution Plan on July 31, 2024, and the Court approved the Distribution Plan on August 30, 2024 (ECF No. 182).

2. On September 30, 2024, Plan Notice and Certification Forms were mailed to 23 Preliminary Claimants.  *See Status Report of Rust Consulting, Inc.*  (ECF No. 183).  To be considered eligible for a distribution payment from the Distribution Fund, a Preliminary Claimant was required to complete and return the Certification Form, along with any supporting documentation, by November 14, 2024.  *Id.*

3. Unfortunately, counsel for Plaintiff SEC mistakenly believed the deadline for the Motion for the Order to Disburse was December 13, 2024, one month after the deadline for the Preliminary Claimants to complete and return the Certification Forms.  The mistake was discovered this week while preparing the Motion.  The SEC respectfully hereby requests an extension of time to Friday, December 13, 2024, to file the Motion.

4. The SEC and counsel for Dean Properties, LLC have agreed to the extension, during which time the SEC will prepare the filing for the Court.

//

//

//

//

5. Accordingly, the Parties respectfully request that the time to file the Motion for an Order to Disburse be extended until December 13, 2024.

| | |
|---|---|
| /s/ Adriene Mixon | /s/ Mattew Pruitt |
| Adriene Mixon (New York Bar No, 2773414) | Matthew Pruitt, Esq. |
| 444 S. Flower Street, Suite 900 | 301 N. 200 E., Suite 3-A |
| Los Angeles, CA 90071 | St. George, Uta 84770 |
| Telephone (202) 551-4463 | Telephone: (435) 574-5672 |
| Facsimile: (202) 771-9363 | Email: mpruitt@kmclaw.com |
| Email: mixona@sec.gov | |
| Counsel for Plaintiff United States Securities and Exchange Commission | Counsel for Dean Properties, LLC. |

.

IT IS SO ORDERED:

_____     DATED: December 10, 2024

The Honorable Miranda M. Du

United States District Judge