Adriene Mixon (New York Bar No. 2773414)
Email: mixona@sec.gov
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (202) 551-4463
Facsimile: (202) 772-9363

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**Northern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID B. KAPLAN, ESQ.,<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC,<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD.,<br><br>and MANNA INTERNATIONAL ENTERPRISES, INC.,<br><br>Defendants,<br><br>and<br><br>LISA M. KAPLAN,<br><br>THE WATER-WALKING FOUNDATION, INC., and<br><br>MANNA INVESTMENTS, LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-00270-MMD-VPC<br><br>**Honorable Miranda M. Du**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE A MOTION FOR AN ORDER TO DISBURSE THE DISTRIBUTON FUND**<br><br>**<u>SECOND REQUESTED EXTENSION OF TIME TO FILE A MOTION FOR AN ORDER TO DISBURSE</u>** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. On May 10, 2024, the Court ordered that Plaintiff United States Securities and Exchange Commission (the "SEC" or "Commission") shall file a Motion to Approve the Distribution Plan (the "Distribution Plan") by July 31, 2024, and a Motion for an Order to Disburse the Distribution Fund (the "Motion") by December 2, 2024.  (ECF No. 175).  The SEC filed the Motion to Approve the Distribution Plan on July 31, 2024, and the Court approved the Distribution Plan on August 30, 2024. (ECF No. 182).

2. On September 30, 2024, Plan Notice and Certification Forms were mailed to 23 Preliminary Claimants.  *See Status Report of Rust Consulting, Inc.* (ECF No. 183).  To be considered eligible for a distribution payment from the Distribution Fund, a Preliminary Claimant was required to complete and return the Certification Form, along with any supporting documentation, by November 14, 2024.  *Id.*

3. As of this date, 11 of the 23 Preliminary Claimants have returned the Certification Form. Three Preliminary Claimants submitted disputes to the information provided by the Distribution Agent on the Certification Forms. The Distribution Agent and the SEC have been working to resolve the disputes.  One of the Preliminary Claimants intends to submit supplemental information next week to resolve their dispute.  The resolution of the disputes may affect the amount of the distribution payments to other Eligible Claimants.

4. On December 10, 2024, the Court granted the SEC's first request to extend the deadline for filing the Motion to December 13, 2024.

5. The SEC and counsel for Dean Properties, LLC have agreed to a second extension, during which time the Distribution Agent and the SEC will continue to work to resolve the disputes submitted by the Preliminary Claimants.

6. Accordingly, the Parties respectfully request that the time to file the Motion for an Order to Disburse be extended until December 20, 2024.

| | |
|---|---|
| /s/ Adriene Mixon | /s/ Matthew Pruitt |
| Adriene Mixon (New York Bar No, 2773414) | Matthew Pruitt, Esq. |
| 444 S. Flower Street, Suite 900 | 301 N. 200 E., Suite 3-A |
| Los Angeles, CA 90071 | St. George, Uta 84770 |
| Telephone (202) 551-4463 | Telephone: (435) 574-5672 |
| Facsimile: (202) 771-9363 | Email: mpruitt@kmclaw.com |
| Email: mixona@sec.gov | |
| Counsel for Plaintiff United States Securities and Exchange Commission | Counsel for Dean Properties, LLC. |

.

IT IS SO ORDERED:

_____   DATED: December 13, 2024
The Honorable Miranda M. Du
United States District Judge