1  Adriene Mixon (New York Bar No. 2773414)
   Email: mixona@sec.gov
2  Attorney for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
3  444 S. Flower Street, Suite 900
   Los Angeles, California 90071
4  Telephone: (202) 551-4463
   Facsimile: (202) 772-9363

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**Northern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID B. KAPLAN, ESQ.,<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC,<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD.,<br><br>and MANNA INTERNATIONAL ENTERPRISES, INC.,<br><br>    Defendants,<br><br>    and<br><br>LISA M. KAPLAN,<br><br>THE WATER-WALKING FOUNDATION, INC., and<br><br>MANNA INVESTMENTS, LLC,<br><br>    Relief Defendants. | Case No. 3:16-cv-00270-MMD-VPC<br><br>**Honorable Miranda M. Du**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE A MOTION FOR AN ORDER TO DISBURSE THE DISTRIBUTON FUND**<br><br>**THIRD REQUESTED EXTENSION OF TIME TO FILE A MOTION FOR AN ORDER TO DISBURSE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. On May 10, 2024, the Court ordered that Plaintiff United States Securities and Exchange Commission (the "SEC") shall file a Motion to Approve the Distribution Plan (the "Distribution Plan") by July 31, 2024, and a Motion for an Order to Disburse the Distribution Fund (the "Motion") by December 2, 2024.  (ECF No. 175).  The SEC filed the Motion to Approve the Distribution Plan on July 31, 2024, and the Court approved the Distribution Plan on August 30, 2024.  (ECF No. 182).

2. On September 30, 2024, Plan Notice and Certification Forms were mailed to 23 Preliminary Claimants.  *See Status Report of Rust Consulting, Inc.*  (ECF No. 183).  To be considered eligible for a distribution payment from the Distribution Fund, a Preliminary Claimant was required to complete and return the Certification Form, along with any supporting documentation, by November 14, 2024.  *Id.*

3. As of this date, 11 of the 23 Preliminary Claimants have returned the Certification Form.  Three Preliminary Claimants submitted disputes to the information provided by the Distribution Agent on the Certification Forms and the Distribution Agent and the SEC have been working to resolve the disputes.

4. Unfortunately, information submitted with certain disputes conflicts with other information received by the Distribution Agent.  The SEC is requesting additional time to independently verify information contained in the disputes, steps which may include subpoenaing bank records or obtaining other third-party verification.

5. On December 10, 2024, the Court granted the SEC's first request to extend the deadline for filing the Motion to December 13, 2024. (ECF No. 186).  On December 13, 2024, the

Court granted the SEC's second request to extend the deadline for filing the Motion to December 20, 2024.  (ECF No. 188).

6. The SEC and counsel for Dean Properties, LLC have agreed to a third extension, during which time the Distribution Agent and the SEC will continue to work to resolve the three disputes submitted by the Preliminary Claimants.

7. Accordingly, the Parties respectfully request that the time to file the Motion for an Order to Disburse be extended until March 21, 2025.  If the SEC is able to independently verify or confirm the information provided in the disputes earlier than March 21, 2025, we will return to the Court with a Motion for an Order to Disburse at that time.

/s/ Adriene Mixon
Adriene Mixon (New York Bar No, 2773414)
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Telephone (202) 551-4463
Facsimile: (202) 771-9363
Email: mixona@sec.gov

Counsel for Plaintiff United States Securities and Exchange Commission

/s/ Matthew Pruitt
Matthew Pruitt, Esq.
301 N. 200 E., Suite 3-A
St. George, Utah 84770
Telephone: (435) 574-5672
Email: mpruitt@kmclaw.com

Counsel for Dean Properties, LLC.

IT IS SO ORDERED:

_____
The Honorable Miranda M. Du
United States District Judge

DATED: December 19, 2024