UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Northern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID B. KAPLAN, ESQ.,<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC,<br><br>SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD.,<br><br>and MANNA INTERNATIONAL ENTERPRISES, INC.,<br><br>          Defendants,<br><br>     and<br><br>LISA M. KAPLAN,<br><br>THE WATER-WALKING FOUNDATION, INC., and<br><br>MANNA INVESTMENTS, LLC,<br><br>          Relief Defendants. | Case No.  3:16-cv-00270-MMD-VPC<br><br>**Honorable Miranda M. Du**<br><br>**ORDER AUTHORIZING LIMITED DISCOVERY AND GRANTING A FOURTH EXTENSION OF TIME TO FILE A MOTION FOR AN ORDER TO DISBURSE THE DISTRIBUTION FUND** |

The Court, having reviewed the Motion of Plaintiff Securities and Exchange Commission (the "SEC" or "Commission") for Authority to Conduct Limited Discovery and to Extend the Time to File a Motion for an Order to Disburse the Distribution Fund, the accompanying Memorandum of Law in Support thereof, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**;
2. The SEC is authorized to conduct limited discovery in the form of a subpoena to Truist Bank to obtain canceled checks and bank statements from the year 2015 in order to independently verify a Preliminary Claimant's dispute; and
3. The time to file a Motion for An Order to Disburse the Distribution Fund is extended to June 27, 2025.

IT IS SO ORDERED.

DATED: March 17, 2025

The Honorable Miranda M. Du, Judge
United States District Court

**CERTIFICATE OF SERVICES**

I hereby certify that on March 14, 2024, I caused to be filed a true and correct copy of Plaintiff Securities and Commission's [Proposed] Order to Conduct Limited Discovery and Extend Time through the Court's Electronic Court Filing System (or CM/ECF System), which automatically sent an email notification of such filing to the parties of record.

DATED: March 14, 2025                    /s/ *Adriene Mixon*
                                          Adriene Mixon