1  Adriene Mixon (New York Bar No. 2773414)
   Email: mixona@sec.gov
2  Attorney for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
3  444 S. Flower Street, Suite 900
   Los Angeles, California 90071
4  Telephone: (202) 551-4463
   Facsimile: (202) 772-9363

                    **UNITED STATES DISTRICT COURT**

                          **DISTRICT OF NEVADA**

                             **Northern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:16-cv-00270-MMD-VPC |
| | **Honorable Miranda M. Du** |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE A REPLY TO DEAN PROPERTIES, LLC'S RESPONSE TO THE SEC'S MOTION FOR AN ORDER TO DISBURSE DSTRIBUTION FUND AND A RESPONSE TO DEAN PROPERTIES, LLC'S COUNTERMOTION TO THE SEC'S MOTION FOR AN ORDER TO DISBURSE THE DISTRIBUTON FUND** |
| DAVID B. KAPLAN, ESQ., SYNCHRONIZED ORGANIZATIONAL SOLUTIONS, LLC, SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL, LTD., and MANNA INTERNATIONAL ENTERPRISES, INC., | |
| Defendants, | **FIRST REQUESTED EXTENSION OF TIME** |
| and | |
| LISA M. KAPLAN, THE WATER-WALKING FOUNDATION, INC., and MANNA INVESTMENTS, LLC, | |
| Relief Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. On May 10, 2024, the Court ordered Plaintiff United States Securities and Exchange Commission (the "SEC") to file a Motion to Approve the Distribution Plan (the "Distribution Plan") by July 31, 2024, and a Motion for an Order to Disburse the Distribution Fund (the "Motion") by December 2, 2024. (ECF No. 175). The SEC filed the Motion to Approve the Distribution Plan on July 31, 2024, and the Court approved the Distribution Plan on August 30, 2024. (ECF No. 182).

2. On December 10, 2024, the Court granted the SEC's first request to extend the deadline for filing the Motion to December 13, 2024. (ECF No. 186). On December 13, 2024, the Court granted the SEC's second request to extend the deadline for filing the Motion to December 20, 2024. (ECF No. 188). On December 19, 2024, the Court granted the SEC's third request to extend the deadline for filing the Motion to March 21, 2025. (ECF No. 190).

3. On March 17, 2025, the Court granted the SEC's Motion for Authorization to Conduct Limited Discovery and extended the deadline to file the Motion to June 27, 2025.

4. On June 27, 2025, the SEC filed the Motion. (ECF No. 195). On June 30, 2025, the Court entered an Order granting the Motion (the "Order"). (ECF No. 196). On July 1, 2025, Dean Properties, LLC filed a Motion for Reconsideration. (ECF No. 197). On July 1, 2025, the Court *sua sponte* withdrew the Order to allow full briefing on the SEC's Motion and denied Dean Properties, LLC's Motion for Reconsideration as moot. (ECF No. 198).

5. On July 11, 2025, Dean Properties, LLC filed a Response to the Securities and Exchange Commission's Motion for an Order to Disburse Distribution Fund. (ECF No. 199). On the same day, Dean Properties, LLC filed a Countermotion to the Securities and Exchange Commission's Motion for an Order to Disburse Distribution Fund. (ECF No. 200).

6. The SEC and Counsel for Dean Properties, LLC have agreed to a first extension of time to file a Reply to Dean Properties, LLC's Response to the Motion and to file a Response to their Countermotion.

7. Accordingly, the Parties respectfully request that the time to file a Reply to Dean Properties, LLC's Response to the SEC's Motion for An Order to Disburse Distribution Fund and a Response to Dean Properties, LLC's Countermotion to the SEC's Motion for An Order to Disburse Distribution Fund be extended until August 8, 2025.

/s/ Adriene Mixon
Adriene Mixon (New York Bar No, 2773414)
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Telephone (202) 551-4463
Facsimile: (202) 771-9363
Email: mixona@sec.gov

Counsel for Plaintiff United States Securities and Exchange Commission

/s/ Matthew Pruitt
Matthew Pruitt, Esq.
301 N. 200 E., Suite 3-A
St. George, Utah 84770
Telephone: (435) 574-5672
Email: mpruitt@kmclaw.com

Counsel for Dean Properties, LLC.

.

SO ORDERED:

_____
The Honorable Miranda M. Du
United States District Judge

DATED: July 18, 2025