# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### Northern Division

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

DAVID B. KAPLAN, ESQ.,

SYNCHRONIZED ORGANIZATIONAL

SOLUTIONS, LLC,

SYNCHRONIZED ORGANIZATIONAL

SOLUTIONS INTERNATIONAL, LTD.,

and MANNA INTERNATIONAL

ENTERPRISES, INC.,

        Defendants,

    and

LISA M. KAPLAN,

THE WATER-WALKING

FOUNDATION, INC., and

MANNA INVESTMENTS, LLC,

        Relief Defendants.

Case No.  3:16-cv-00270-MMD-CLB

**Honorable Miranda M. Du**

**ORDER TO DISBURSE DISTRIBUTION FUND**

## ORDER TO TRANSFER FUNDS FOR DISTRIBUTION

The Court, having granted the Motion of Plaintiff Securities and Exchange Commission (the "SEC" or "Commission") for an Order to Disburse the Distribution Fund (ECF No. 209), and in accordance with the Court-approved Plan of Distribution (the "Plan") (ECF No. 176), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1.     In accordance with directions to be provided to the SEC staff by the Distribution Agent, the SEC shall transfer $1,062,403.32 to the escrow account established by the Distribution Agent at Huntington National Bank; and

2.     The Distribution Agent shall distribute those funds to Eligible Claimants in accordance with the Plan.

IT IS SO ORDERED.

DATED: January 27, 2026

_____
The Honorable Miranda M. Du,
United States District Court Judge

2                    Case No. 3:16-CV-00270-MMD-VPC

**CERTIFICATE OF SERVICES**

I hereby certify that on January 23, 2026, I caused to be filed a true and correct copy of Plaintiff Securities and Commission's [Proposed] Order to Disburse the Distribution Fund through the Court's Electronic Court Filing System (or CM/ECF System), which automatically sent an email notification of such filing to the parties of record.

DATED:  January 23, 2026                                     /s/ *Adriene Mixon*
                                                                        Adriene Mixon