Mackenzie B. Dadswell (Virginia Bar No. 92185)
dadswellm@sec.gov
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, D.C. 20549-5678
(202) 551-8048

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**Northern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>DAVID B. KAPLAN, ESQ., et al.<br>Defendants and Relief Defendants. | Case No. 3:16-cv-00270-MMD-CLB<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL**<br>[ECF No. 214] |

PLEASE TAKE NOTICE of the appearance of Mackenzie B. Dadswell on behalf of the Plaintiff, United States Securities and Exchange Commission (the "Commission"). Ms. Dadswell replaces Adriene Mixon, who has retired from the Commission, as counsel for the Plaintiff.

Mackenzie B. Dadswell
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-4089
Email: DadswellM@sec.gov

Dated: August 7, 2026

Respectfully submitted,

/s/ Mackenzie B. Dadswell
Mackenzie B. Dadswell (Virginia Bar No. 92185)
SECURITIES AND EXCHANGE COMMISSION
Office of Distributions
100 F Street NE
Washington, DC 20549
Phone: (202) 551-8048
dadswellm@sec.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I caused to be filed a true and correct copy of Plaintiff Securities and Commission's Notice of Substitution of Counsel through the Court's Electronic Court Filing System (or CM/ECF System), which automatically sent an email notification of such filing to the parties of record.

DATED: August 7, 2026

/s/ Mackenzie B. Dadswell
Mackenzie B. Dadswell

ORDER

Good cause appearing, Mackenzie B. Dadswell hereby replaces Adriene Mixon as counsel for Plaintiff. The Clerk is directed to terminate Adriene Mixon as counsel for Plaintiff in this case.

**IT IS SO ORDERED.**

**DATED:** August 7, 2026

UNITED STATES MAGISTRATE JUDGE